IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROMAIN DANIEL,

        Petitioner,

vs.

ANTHONY HAYNES, Warden,

        Respondent.

CIVIL ACTION NO.: CV210-118

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Romain Daniel ("Daniel") contends that he satisfies the test set forth in Wofford v. Scott, 177 F.3d 1236 (11th Cir. 1999), and thus, 28 U.S.C. § 2255's savings clause. Daniel also contends that his sentence exceeds the statutory maximum, as a drug quantity was not found by a jury beyond a reasonable doubt.

Daniel's Objections are nothing more than a reiteration of the contentions he set forth in his petition and other pleadings. As the Magistrate Judge noted, Daniel has not shown that the remedy afforded by section 2255 is inadequate or ineffective to challenge the legality of his sentence. Accordingly, Daniel cannot challenge his sentence pursuant to 28 U.S.C. § 2241.

Daniel's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Daniel's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 5 day of August, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA